UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                 :

    -against-                                         :          19 Cr. 809 (WHP)

VICTOR PHILLIPS et al,                         :          ORDER

                      Defendants.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The conference scheduled for February 14, 2020 is re-scheduled to February 26, 2020 at 4:00 p.m.

Dated:  February 12, 2020
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.