UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :
                                              :      [PROPOSED] ORDER
            - v. -                            :
                                              :      19 Cr. 809 (WHP)
VICTOR PHILLIPS,                              :
                                              :
            Defendant.                        :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made

before a United States Magistrate Judge on February 13, 2020;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted

to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the

defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for

the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            March 16    , 2020

                                              SO ORDERED:


                                              _____
                                              WILLIAM H. PAULEY III
                                              U.S.D.J.