# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

52 Duane Street, 7th Floor, New York, New York 10007
Telephone: (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396
rsignorelli@nycLITIGATOR.com℠
richardsignorelli@gmail.com
www.nycLITIGATOR.com℠

December 16, 2020

<u>Via Electronic Filing</u>
Hon. William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v Victor Phillips</u>
                19 CR 809 (WHP)

Dear Judge Pauley:

      I am counsel for the defendant in the above-referenced case, Victor Phillips. On September 24, 2020, Mr. Phillips was sentenced to a term of imprisonment of two months, with a judicial recommendation of designation to a facility in the Atlanta area and halfway house confinement if eligible, and a surrender date of February 11, 2021. (Judgment, ECF #53, 9/25/2020). Your Honor indicated at the sentencing that an adjournment of this surrender date would be considered subject to the ongoing Covid pandemic situation. Mr. Phillips is at high risk of developing complications from Covid as indicated in the Presentence Report. Accordingly, with no objection of the Government, I respectfully request an adjournment of the current surrender date to on or about June 10, 2021, by which time it is reasonably expected that the Covid pandemic will be brought under control with vaccinations. Thank you.

                Respectfully,

                /s/ Richard E. Signorelli

                Richard E. Signorelli

cc (via email):
Jonathan McCann, Courtroom Deputy
AUSA Andrew A. Rohrbach
U.S. Probation Officer Sandra Velez-Garcia
Mr. Victor Phillips

Application granted.  Surrender date adjourned to June 10, 2021.

      SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

December 16, 2020