Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                              Docket No. 19CR00809

Victor Phillips

On August 6, 2021, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Victor Phillips be discharged from Supervised Release.

Respectfully submitted,

by _____

Brianna Willborn
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ____**15th**____ day of _____**March**_____, 20**23**____ .

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**